# United States Court of Appeals
## For the First Circuit

No. 13-1776

FRONTIER FISHING CORP.,

Plaintiff, Appellant,

v.

PENNY PRITZKER; KATHRYN D. SULLIVAN,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on October 24, 2014 is amended as follows:

On page 12, line 1, the word "Fourth" is changed to "Fifth".